UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| OSTA HER, | ) |
| | ) |
|        Plaintiff, | )  CASE NO.: 7:19-cv-00274-TMC |
| | ) |
| v. | ) |
| | ) |
| COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD., | ) ) ) ) ) |
| | ) |
|        Defendants. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff Osta Her against all Defendants in the above-captioned matter be dismissed in their entirety without prejudice, each party to bear its own costs.

Dated: September 17, 2019

/s/ Pamela R. Mullis
Pamela R. Mullis
Mullis Law Firm
PO Box 7757
Columbia, SC 29202
803-799-9577
prmullis@mullislawfirm.com

Attorney for Plaintiff

/s/ James F. Rogers
James F. Rogers, Federal Bar No. 5053
W. Jacob Henerey, Federal Bar No. 12724
1320 Main St. / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Tel: (803) 255-9489
jim.rogers@nelsonmullins.com
jacob.henerey@nelsonmullins.com

Attorneys for Defendants